## M. C. DARNELL v. STATE.
### No. 18769.

Court of Criminal Appeals of Texas.

Dec. 16, 1936.

A. Q. Mustain, of Aubrey, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft of a hog is the offense; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Ralph McCULLOUGH v. STATE.
### No. 18857.

Court of Criminal Appeals of Texas.

Dec. 23, 1936.

Hamilton & Fitzgerald, of Memphis, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for murder; punishment, five years in the penitentiary.

Accompanying the record in this case is an affidavit in proper form made by the appellant, before the clerk of the county court of Hall county, asking leave to withdraw his appeal. The request is granted. The appeal is dismissed.

## Luther WHITE v. STATE.
### No. 18791.

Court of Criminal Appeals of Texas.

Dec. 23, 1936.

F. A. Craven and J. D. Willis, both of Waco, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for assault with intent to murder, punishment being assessed at ten years' confinement in the penitentiary.

Appellant has filed his affidavit with this court, advising that he desires permission to withdraw his appeal.

In compliance with appellant's request, the appeal is dismissed.